# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140087

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                           SC: 140087
                                           COA: 292323
                                           Emmet CC: 05-002552-FC

ELBERT ARTHUR GILBERT,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010 _____          _____

s0621                                                   Clerk